# EXHIBIT B

*Non S*
*Syn 5*                                    *allowed*

# NOSB NATIONAL LIST
# FILE CHECKLIST

## PROCESSING

**MATERIAL NAME:** Citric Acid

**CATEGORY:** Synthetic Allowed                    Complete?: __3/16__

| | |
|---|---|
| ✓ | NOSB Database Form |
| ✓ | References |
| ✓ | MSDS (or equivalent) |
| ✓ | FASP (FDA) |
| ✓ | Date file mailed out: __1/8/95__ |
| ✓ | TAP Reviews from: __Steve Taylor__ |
| | __Steven Harper__ |
| | __Bob Durst__ |
| ___ | Supplemental Information: |

*Microbial ferm. only ---*
*because of substrate might be*
*as product*

**MISSING INFORMATION:** _____

# NOSB/NATIONAL LIST COMMENT FORM/BALLOT

Use this page to write down comments and questions regarding the data presented in the file of this National List material. Also record your planned opinion/vote to save time at the meeting on the National List.

**Name of Material** _Citric Acid_

**Type of Use:** ____ Crops; ____ Livestock; ✓ Processing

**TAP Review by:**
1. _Steve Taylor_
2. _Steven Harper_
3. _Bob Durst_

**Comments/Questions:**

_____

**My Opinion/Vote is:**

**Signature** _____  **Date** _____

Page 2

1.

# USDA/TAP REVIEWER COMMENT FORM

Use this page or an equivalent to write down comments and summarize your evaluation regarding the data presented in the file of this potential National List material. Attach additional sheets if you wish.

This file is due back to us within 30 days of: __Jan 7__

Name of Material: __Citric Acid__

Reviewer Name: __Steve Taylor__

Is this substance Natural or Synthetic? Explain (if appropriate)

__Natural__

Please comment on the accuracy of the information in the file:

This material should be added to the National List as:

____ Synthetic Allowed         ____ Prohibited Natural

or, ____ This material does not belong on the National List because:

Are there any restrictions or limitations that should be placed on this material by use or application on the National List?

Made by fermentation. Fermentation is natural but process does ~~may~~ involve use of other substances: substrates: corn syrup, sucrose

Any additional comments or references?  ammonium bicarbonate

Need to find out more about process and processing aids to make determination.

Signature __Steve Taylor__          Date __3-5-95__

2.

# USDA/TAP REVIEWER COMMENT FORM

Use this page or an equivalent to write down comments and summarize your evaluation regarding the data presented in the file of this potential National List material. Attach additional sheets if you wish.

**This file is due back to us within 30 days of:** Jan 7

**Name of Material:** Citric Acid

**Reviewer Name:** Steven Harper

**Is this substance Natural or Synthetic? Explain (if appropriate)**

Synthetic

**Please comment on the accuracy of the information in the file:**

Good

**This material should be added to the National List as:**

   _x_ Synthetic Allowed      ____ Prohibited Natural

   or, ____ This material does not belong on the National List because:

**Are there any restrictions or limitations that should be placed on this material by use or application on the National List?**

No.

**Any additional comments or references?**

**Signature** Steven Harper   **Date** 3/10/95

# USDA/TAP Reviewer Comment Form

Material: Citric acid

Reviewer: Bob Durst

---

Is this substance Natural or Synthetic? Explain (if appropriate)

> It is a natural occurring substance that commercially goes through numerous chemical processes to get to it's final usable form. This processing would suggest that it be classified as synthetic.

Please comment on the accuracy of the information in the file:

> The file is accurate.

This material should be added to the National List as:

    __X__ Synthetic Allowed,

    _____ Prohibited Natural, or

    _____ This material does not belong on the National List because:

Are there any restriction or limitations that should be placed on this material by use or application on the National List?

> Must be listed on the ingredient label if it used used.

> Unless it is actually derived from a natural source the labeling must not indicate that it is a natural compound.

Any additional comments or references?

> As with all synthetic inorganic salts, source must be food grade. In addition each lot should be analyzed for toxic element concentrations (mercury, lead, cadmium, arsenic, thallium and antimony) and a near zero tolerance adopted.

> Since citrus juices are a high natural source of citric acid, it might be advisable to find a manufacturer that is willing to isolate citric acid from organically grown fruit in an organically acceptable manner, and get a natural citric acid.

Signature: _Robert W. Durst_   Date: 3/4/95

# NOSB Materials Database

## Identification

| | | | |
|---|---|---|---|
| **Common Name** | **Citric Acid** | **Chemical Name** | B-hydroxy-tricarboxylic acid C6H8O7 |
| Other Names | Citric Acid, Anhydrous USP/FCC | | |
| Code #: CAS | 77-92-9 | Code #: Other | 21 CFR 182-1033 |
| N. L. Category | Synthetic Allowed | MSDS | ◉ yes ○ no |

## Chemistry

**Family** — Aliphatic Acid

**Composition** — $C_6H_8O_7$

**Properties** — Colorless, translucent crystals, (or) white granular to fine crystalline powder, odorless, strong acid taste.

**How Made** — Traditionally by extraction from citrus juice, no longer commercially available. It is now extracted by fermentation of a carbohydrate substrate (often molasses) by citric acid bacteria, *Aspergillus niger* (a mold) or *Candida guilliermondii* (a yeast). Citric acid is recovered from the fermentation broth by a lime and sulfuric acid process in which the citric acid is first precipitated as a calcium salt and then reacidulated with sulfuric acid.

## Use/Action

**Type of Use** — Processing

**Specific Use(s)** — Production of fruit products, juices, oils, fats etc. for pH control, flavor enhancer, flavoring agent or adjuvant, leavening agent, sequestrant, antioxidant, solvent, antimicrogial agent, surface-active agent.

**Action** — Optimizes stability of frozen foods by enhancing the action of antioxidants and inactivating enzymes. Brings out flavor in carbonated beverages. Acts as a synergist for antioxidants employed in inhibiting rancidity in foods containg fats and oils.

**Combinations** — pure substance

## Status

**OFPA**
**N. L. Restriction** — Currently considered synthetic by NOSB.

**EPA, FDA, etc** — FDA -GRAS

**Directions**

**Safety Guidelines** — Eye irritant, dust may cause mild respiratory irritation.

**State Differences**

**Historical status** — Always been allowed in organic processing and considered natural.

**Internationl status** — Allowed by IFOAM, EU and Codex.

Page 6

# NOSB Materials Database

5.

## OFPA Criteria

**2119(m)1: chemical interactions**     Not Applicable

**2119(m)2: toxicity & persistence**     Not Applicable

**2119(m)3: manufacture & disposal consequences**

Microbial fermentation --Clarification --Precipitation --Dissolution --Crystallization --Drying --Sifting --packaging. The NOSB judged that citric acid produced by natural fermentation of carbohydrate substrates and purified by the lime-sulfuric method is synthetic because the citric acid comes into contact with lime and sulfuric acid and because of the chemical change from citric acid to calcium citrate and then back to citric acid during purification.

Biomass residuals are usually recycled as animal feeds and for agriculture.

**2119(m)4: effect on human health**

Material has been affirmed as GRAS by FDA for use in foods. The amount of citrate added to foods by food processors is about 500 mg per person per day. This amount occurs naturally in 2 ounces of orange juice and does not constitute a significant addition to the total body load.

Long term oral over exposure may cause damage to tooth enamel. Considered an irritatant to eyes and respiratory system during manufacture and handling. Recommended use of eye and respiratory protection during handling. Oral LD50 (rat) 11,700 mg/kg; dermal (acute) tested on skin of rabbit 500mg/24 hr moderate; eye 750 mg/24hr severe. FDA tests show no effect on reproduction, teratogenicity or oncogenicity in rats.

**2119(m)5: agroecosystem biology**     Not Applicable

**2119(m)6: alternatives to substance**

Lactic acid ( has some taste problems and not used in infant foods).
Vinegar (strange taste in some foods).
Citrus juices.

**2119(m)7: Is it compatible?**

Compatible

## References

1. FDA. 1977. Evaluation of the health aspects of citric acid, sodium citrate, potassium citrate, calcium citrate, ammonium citrate, triethyl citrate, isopropyl citrate, and stearyl citrate as food ingredients. SCOGS-84. Life Science Research Office, 9650 Rockville Pike, Bethesda, Maryland 20014.

2. Ag Partners of Davis, *Materials Report for Citric Acid,* 1995. Organic Trade Association, Greenfield, MA

---

MSDS for   CITRIC ACID, MONOHYDRATE                              Page  1

---

### 1 - PRODUCT IDENTIFICATION

---

PRODUCT NAME:   CITRIC ACID, MONOHYDRATE
FORMULA:        HOC(COOH)(CH2COOH)2 H2O       FORMULA WT:   210.14
CAS NO.:        5949-29-1
COMMON SYNONYMS:  2-HYDROXY-1,2,3,PROPANE-TRICARBOXYLIC ACID, MONOHYDRATE
PRODUCT CODES:  0118,0120,0119,0110
EFFECTIVE: 12/01/86                           REVISION #02

         PRECAUTIONARY LABELLING
BAKER SAF-T-DATA(TM) SYSTEM
    HEALTH       - 0 NONE
    FLAMMABILITY - 1 SLIGHT
    REACTIVITY   - 0 NONE
    CONTACT      - 1 SLIGHT
HAZARD RATINGS ARE 0 TO 4 (0 = NO HAZARD; 4 = EXTREME HAZARD).
LABORATORY PROTECTIVE EQUIPMENT:  SAFETY GLASSES; LAB COAT

PRECAUTIONARY LABEL STATEMENTS
      CAUTION
      MAY CAUSE IRRITATION
DURING USE AVOID CONTACT WITH EYES, SKIN, CLOTHING.  WASH THOROUGHLY AFTER
HANDLING.  WHEN NOT IN USE KEEP IN TIGHTLY CLOSED CONTAINER.
SAF-T-DATA(TM) STORAGE COLOR CODE:   ORANGE (GENERAL STORAGE)

---

### 2 - HAZARDOUS COMPONENTS

---

    COMPONENT                        %    CAS NO.
CITRIC ACID, MONOHYDRATE                   05949-29-1

---

### 3 - PHYSICAL DATA

---

BOILING POINT:  N/A          VAPOR PRESSURE(MM HG): N/A
MELTING POINT:  N/A          VAPOR DENSITY(AIR=1):  N/A
SPECIFIC GRAVITY: 1.54       EVAPORATION RATE:   N/A
 (H2O=1)                     (BUTYL ACETATE=1)
SOLUBILITY(H2O):   APPRECIABLE (MORE THAN 10 %)  % VOLATILES BY VOLUME: 0
APPEARANCE & ODOR:  WHITE, ODORLESS POWDER.

---

### 4 - FIRE AND EXPLOSION HAZARD DATA

---

FLASH POINT (CLOSED CUP  N/A
FLAMMABLE LIMITS: UPPER - N/A %    LOWER - N/A %
FIRE EXTINGUISHING MEDIA
  USE WATER SPRAY, CARBON DIOXIDE, DRY CHEMICAL OR ORDINARY FOAM.

SPECIAL FIRE-FIGHTING PROCEDURES
  FIREFIGHTERS SHOULD WEAR PROPER PROTECTIVE EQUIPMENT AND SELF-CONTAINED
  BREATHING APPARATUS WITH FULL FACEPIECE OPERATED IN POSITIVE PRESSURE MODE.

TOXIC GASES PRODUCED:  CARBON MONOXIDE, CARBON DIOXIDE

---
### 5 - HEALTH HAZARD DATA
---
TOXICITY TEST RESULTS AND SAFETY AND HEALTH EFFECTS ARE LISTED FOR THE ANHYDROUS PRODUCT.
TOXICITY:  LD50 (ORAL-RAT)(G/KG)      - 11.7
    LD50 (IPR-RAT)(MG/KG)      - 883
    LD50 (SCU-RAT)(MG/KG)      - 5500
    LD50 (ORAL-MOUSE)(MG/KG)   - 5040
CARCINOGENICITY:  NTP: NO   IARC: NO   Z LIST: NO   OSHA REG: NO
EFFECTS OF OVEREXPOSURE
  DUST MAY IRRITATE NOSE AND THROAT.
  DUST MAY CAUSE HEADACHE, COUGHING, DIZZINESS OR DIFFICULT BREATHING.
  DUST MAY IRRITATE OR BURN MUCOUS MEMBRANES.
  CONTACT WITH SKIN OR EYES MAY CAUSE IRRITATION.

TARGET ORGANS:  EYES, SKIN
MEDICAL CONDITIONS GENERALLY AGGRAVATED BY EXPOSURE:   NONE IDENTIFIED
ROUTES OF ENTRY:  INHALATION, EYE CONTACT, SKIN CONTACT

EMERGENCY AND FIRST AID PROCEDURES
  INGESTION:    IF SWALLOWED AND THE PERSON IS CONSCIOUS, IMMEDIATELY GIVE
          LARGE AMOUNTS OF WATER. GET MEDICAL ATTENTION.
  INHALATION:   IF A PERSON BREATHES IN LARGE AMOUNTS, MOVE THE EXPOSED
          PERSON TO FRESH AIR. GET MEDICAL ATTENTION.
  EYE CONTACT:  IMMEDIATELY FLUSH WITH PLENTY OF WATER FOR AT LEAST 15
          MINUTES. GET MEDICAL ATTENTION.
  SKIN CONTACT: IMMEDIATELY WASH WITH PLENTY OF SOAP AND WATER FOR AT LEAST
          15 MINUTES.

---
### 6 - REACTIVITY DATA
---
STABILITY: STABLE        HAZARDOUS POLYMERIZATION: WILL NOT OCCUR
INCOMPATIBLES:      STRONG BASES
DECOMPOSITION PRODUCTS: CARBON MONOXIDE, CARBON DIOXIDE
---
### 7 - SPILL AND DISPOSAL PROCEDURES
---
STEPS TO BE TAKEN IN THE EVENT OF A SPILL OR DISCHARGE
  WEAR SUITABLE PROTECTIVE CLOTHING.  CAREFULLY SWEEP UP AND REMOVE.
DISPOSAL PROCEDURE
  DISPOSE IN ACCORDANCE WITH ALL APPLICABLE FEDERAL, STATE, AND LOCAL
  ENVIRONMENTAL REGULATIONS.

---
### 8 - PROTECTIVE EQUIPMENT
---
VENTILATION:     USE ADEQUATE GENERAL OR LOCAL EXHAUST VENTILATION
          TO KEEP FUME OR DUST LEVELS AS LOW AS POSSIBLE.
RESPIRATORY PROTECTION:  NONE REQUIRED WHERE ADEQUATE VENTILATION
          CONDITIONS EXIST. IF AIRBORNE CONCENTRATION IS
          HIGH, USE AN APPROPRIATE RESPIRATOR OR DUST MASK.
EYE/SKIN PROTECTION:    SAFETY GLASSES WITH SIDESHIELDS, NITRILE GLOVES
          RECOMMENDED.

---
## 9 - STORAGE AND HANDLING PRECAUTIONS
---

SAF-T-DATA(TM) STORAGE COLOR CODE:   ORANGE (GENERAL STORAGE)
SPECIAL PRECAUTIONS
 KEEP CONTAINER TIGHTLY CLOSED. SUITABLE FOR ANY GENERAL CHEMICAL STORAGE AREA.

---
## 10 - TRANSPORTATION DATA AND ADDITIONAL INFORMATION
---

DOMESTIC (D.O.T.)
PROPER SHIPPING NAME     CHEMICALS, N.O.S. (NON-REGULATED)

INTERNATIONAL (I.M.O.)
PROPER SHIPPING NAME     CHEMICALS, N.O.S. (NON-REGULATED)

9.

```
05 MAY 94                                                           PAGE    1
DOCNUM=1937

                          U.S. FOOD AND DRUG ADMINISTRATION
                              FOOD ADDITIVE SAFETY PROFILE
------------------------------------------------------------------------------
CITRIC ACID

CAS#:    000077929      HUMAN CONSUMPTION:    90.5367      MG/KG BW/DAY/PERSON
FASP#:   1937           MARKET DISAPPEARANCE: 106833333.333LBS/YR
TYPE:    ASP            MARKET SURVEY:        87
NAS#:    2306           JECFA:                NL-C
FEMA#:   2306           JECFA ADI:                         MG/KG BW/DAY/PERSON
GRAS#:   3              JECFA ESTABLISHED:    1979
POTENTIAL BEVERAGE USE  LAST UPDATE:          931115

FW:      192.12         DENSITY:              LOGP:

STRUCTURE CATEGORIES:   A6

COMPONENTS:

SYNONYMS:               CITRIC ACID, ANHYDROUS
                        2-HYDROXY-1,2,3-PROPANETRICARBOXYLIC ACID
                        HYDROXYTRICARBOXYLIC ACID, BETA-
                        1,2,3-PROPANETRICARBOXYLIC ACID, 2-HYDROXY-
                        ACIDE CITRIQUE

CHEMICAL FUNCTION:      F

TECHNICAL EFFECT:       PH CONTROL AGENT
                        FLAVOR ENHANCER
                        FLAVORING AGENT OR ADJUVANT
                        LEAVENING AGENT
                        SEQUESTRANT
                        ANTIOXIDANT
                        SOLVENT OR VEHICLE
                        SURFACE-ACTIVE AGENT
                        ANTIMICROBIAL AGENT
                        ENZYME

CFR REG NUMBERS:        173.165        172.755        182.6033
                        182.1033       PART 133       PART 146
                        161.190        PART 169       PART 150
                        155.130        145.145        131.111
                        131.112        131.136        131.144
                        131.138        131.146        146.187
                        150.161        150.141        166.40
                        169.115        169.140        169.150
                        173.160        173.280        145.131
                        166.110        184.1033

MINIMUM TESTING LEVEL: 3

COMMENTS:  STUDY 1-12 FROM SCOGS-84
------------------------------------------------------------------------------
BOX 4A:    LOWEST EFFECT LEVEL OBSERVED IN ALL AVAILABLE RAT OR MOUSE STUDIES

STUDY:     4            COMPLETENESS:     RANKING FACTOR: 1.938E-2
SPECIES:   RAT                            LEL:   4670    MG/KG BW/DAY
EFFECTS:   CHOLESTEROL DECREASE
           GLUTAMIC-OXALOACETIC TRANSAMINASE (SGOT/AST) INCREASE
           ORGAN WEIGHT DECREASE
           CELLULAR ATROPHY
SITES:     THYMUS
           SPLEEN
COMMENTS:  MALES ONLY
           SLIGHT ATROPHY OF THYMUS AND SPLENIC FOLLICLES
           DATA FROM SCOGS-84
------------------------------------------------------------------------------
```

```
05 MAY 94                                                    PAGE   2
DOCNUM=1937


BOX 4C:    LOWEST EFFECT LEVEL OBSERVED IN ALL AVAILABLE STUDIES

STUDY:      4          COMPLETENESS:      RANKING FACTOR: 1.938E-2
SPECIES:    RAT                           LEL:    4670    MG/KG BW/DAY
EFFECTS:    CHOLESTEROL DECREASE
            GLUTAMIC-OXALOACETIC TRANSAMINASE (SGOT/AST) INCREASE
            ORGAN WEIGHT DECREASE
            CELLULAR ATROPHY
SITES:      THYMUS
            SPLEEN
COMMENTS:   MALES ONLY
            SLIGHT ATROPHY OF THYMUS AND SPLENIC FOLLICLES
            DATA FROM SCOGS-84

------------------------------------------------------------------------

BOX 7:     ACUTE TOXICITY INFORMATION

STUDY:      2                             SOURCE: J TAKEDA RES LAB 30:25-31
SPECIES:    RAT                           YEAR:   1971
                                          LD50:   12000   MG/KG BW
COMMENTS:

STUDY:      1                             SOURCE: J TAKEDA RES LAB 30:25-31
SPECIES:    MOUSE                         YEAR:   1971
                                          LD50:   5000    MG/KG BW
COMMENTS:

------------------------------------------------------------------------

BOX 9:     ORAL TOXICITY STUDIES (OTHER THAN ACUTE)

STUDY:      3          COMPLETENESS:      SOURCE: REV PORT FARM 20:41-46
TYPE:       SHORT TERM                    YEAR:   1970
SPECIES:    RAT                           LEL:    200     MG/KG BW/DAY
DURATION:   9 DAYS                        HNEL:
EFFECTS:    BODY WEIGHT DECREASE
SITES:
COMMENTS:   INITIAL DECREASE IN WEIGHT DID NOT PERSIST
            NOT USED FOR PRIORITY RANKING

STUDY:      4          COMPLETENESS:      SOURCE: J TAKEDA RES LAB 30:25-31
TYPE:       SHORT TERM                    YEAR:   1971
SPECIES:    RAT                           LEL:    4670    MG/KG BW/DAY
DURATION:   42 DAYS                       HNEL:   2260    MG/KG BW/DAY
EFFECTS:    CHOLESTEROL DECREASE
            GLUTAMIC-OXALOACETIC TRANSAMINASE (SGOT/AST) INCREASE
            ORGAN WEIGHT DECREASE
            CELLULAR ATROPHY
SITES:      THYMUS                                SPLEEN
COMMENTS:   SLIGHT ATROPHY OF THYMUS AND SPLENIC FOLLICLES

STUDY:      5          COMPLETENESS:      SOURCE: J AM PHARM ASSOC SCI ED
                                                  34:86-89
TYPE:       SUBCHRONIC RODENT             YEAR:   1945
SPECIES:    RAT                           LEL:    >       MG/KG BW/DAY
DURATION:   90 DAYS                       HNEL:   600     MG/KG BW/DAY
EFFECTS:    NO EFFECTS
SITES:
COMMENTS:   BODY WEIGHT, BLOOD, HISTOPATH AND REPRODUCTION OBSERVED

STUDY:      6          COMPLETENESS:      SOURCE: J AM PHARM ASSOC SCI ED
                                                  34:86-89
TYPE:       SUBCHRONIC MAMMAL (NON-RODENT) YEAR:  1945
SPECIES:    DOG                           LEL:    >       MG/KG BW/DAY
DURATION:   112 DAYS                      HNEL:   1380    MG/KG BW/DAY
EFFECTS:    NO EFFECTS
SITES:
COMMENTS:   NO BEHAVIORAL, BIOCHEMICAL OR HISTOPATHOLOGICAL ABNORMALITIES

STUDY:      10         COMPLETENESS:      SOURCE: GRP 7T0195 3
TYPE:       TERATOGENICITY                YEAR:   1973
SPECIES:    RAT                           LEL:    >       MG/KG BW/DAY
```

11.

```
05 MAY 94                                                          PAGE   3
DOCNUM=1937

     DURATION: 10 DAYS               HNEL:   295    MG/KG BW/DAY
     EFFECTS:  NO EFFECTS
     SITES:
     COMMENTS: ADMINISTERED DAY 6-15 OF GESTATION

     STUDY:    9          COMPLETENESS:    SOURCE: GRP 7T0195 3
     TYPE:     TERATOGENICITY                YEAR:   1973
     SPECIES:  MOUSE                         LEL:    >          MG/KG BW/DAY
     DURATION: 10 DAYS                       HNEL:   241        MG/KG BW/DAY
     EFFECTS:  NO EFFECTS
     SITES:
     COMMENTS: ADMINISTERED DAY 6-15 OF GESTATION

     STUDY:    11         COMPLETENESS:    SOURCE: GRP 7T0195 3
     TYPE:     TERATOGENICITY                YEAR:   1973
     SPECIES:  HAMSTER                       LEL:    >          MG/KG BW/DAY
     DURATION: 5 DAYS                        HNEL:   272        MG/KG BW/DAY
     EFFECTS:  NO EFFECTS
     SITES:
     COMMENTS: ADMINISTERED DAY 6-10 OF GESTATION

     STUDY:    12         COMPLETENESS:    SOURCE: GRP 7T0195 3
     TYPE:     TERATOGENICITY                YEAR:   1973
     SPECIES:  RABBIT                        LEL:    >          MG/KG BW/DAY
     DURATION: 13 DAYS                       HNEL:   425        MG/KG BW/DAY
     EFFECTS:  NO EFFECTS
     SITES:
     COMMENTS: ADMINISTERED DAY 6-18 OF GESTATION

     STUDY:    8          COMPLETENESS:    SOURCE: J AGRIC FOOD CHEM 5:759-760
     TYPE:     RAT ONCOGENICITY              YEAR:   1957
     SPECIES:  RAT                           LEL:    >          MG/KG BW/DAY
     DURATION: 728 DAYS                      HNEL:   2000       MG/KG BW/DAY
     EFFECTS:  NO EFFECTS
     SITES:
     COMMENTS: MALES ONLY

     STUDY:    7          COMPLETENESS:    SOURCE: VOEDING 17:137-148
     TYPE:     REPRODUCTION (3-GENERATION)   YEAR:   1956
     SPECIES:  RAT                           LEL:    >          MG/KG BW/DAY
     DURATION:                               HNEL:   800        MG/KG BW/DAY
     EFFECTS:  NO EFFECTS
     SITES:
     COMMENTS:

-----------------------------------------------------------------------------

     BOX 3:   GENETIC TOXICITY STUDIES

     STUDY:    15         COMPLETENESS:    SOURCE:
     TYPE:                                  YEAR:
     SPECIES:                               LEL:               MG/KG BW/DAY
     DURATION:                              HNEL:
     EFFECTS:
     CELLS:
     COMMENTS:

-----------------------------------------------------------------------------
```